**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**_VALDOSTA DIVISION**

| | | |
|---|---|---|
| **ALAN THOMAS WATSON,** | : | |
| **Petitioner,** | : | |
| | : | |
| **V.** | : | **NO. 7:26-cv-35-LAG-CHW** |
| | : | |
| **SHERIFF ASHLEY PAULK,** | : | |
| | : | |
| **Respondent.** | : | |

## <u>ORDER</u>

Petitioner Alan Thomas Watson, a prisoner in the Lowndes County Jail in Valdosta, Georgia, has filed a pro se application for writ of habeas corpus.[1]  He has also moved the Court to allow him to proceed *in forma pauperis* in this action.  Petitioner has not, however, provided the Court with "a certificate from the warden or other appropriate officers of the place of petitioner's confinement showing the amount of money or securities that the petitioner has in any account in the institution."  Habeas Corpus R. 3(a)(2). Without this, the Court cannot determine if Petitioner qualifies to proceed without payment of the $5.00 filing fee.

Petitioner asserts that jail officials will not provide him with a certified account statement.  *See* ECF No. 2-1 at 1.  Therefore, Petitioner is instructed to show the appropriate corrections official this Order when submitting his written request for a certified account statement.  If the corrections official refuses to promptly provide Petitioner with such statement, Petitioner should notify the Court in writing: (1) the name of the authorized corrections official from whom he requested the certified account statement; (2) the date he made such request; and (3) the date that he was notified that the

---

[1]Petitioner filed his petition on the form for a 28 U.S.C. § 2241 petition, but it appears that he is a convicted prisoner.   Therefore, the petition is governed by 28 U.S.C. § 2254.

corrections official would not provide him a certified account statement. If Petitioner receives notification in writing from the corrections official regarding an inability or refusal to provide him with a certified account statement, Petitioner must provide the Court with a copy of this notification.

Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to submit the required $5.00 filing fee, the certificate showing the amount of money or securities Petitioner has in any account in the prison, or his written notice regarding his efforts to obtain a certified account statement. Failure to comply with this Order may result in the dismissal of the petition. Additionally, failure to keep the Court informed of any address change may result in dismissal.

The Clerk of Court is **DIRECTED** to forward a copy of this Order and the appropriate *in forma pauperis* forms to Petitioner (with the civil action number on both).

**SO ORDERED**, this 31st day of March, 2026.


s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge